# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FRANK ADAMS

NO. 2021 KW 1451

**DECEMBER 7, 2021**

---

In Re:    Frank Adams, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          2266-F-2019 & 2267-M-2019.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT